# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 5:16-CR-00149-UA-6 |
| EDGAR DOMINGUEZ | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _Thursday, December 22,_____, _2016_____, at _2:00_____ ☐a.m. / ☒p.m. before the Honorable _KENLY KIYA KATO_____, in Courtroom _4_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
 _(Other custodial officer)_

Dated: _December 21, 2016_____        KENLY KIYA KATO
                                        U.S. Magistrate Judge